**Order entered September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01429-CR
No. 05-17-01430-CR
No. 05-17-01431-CR

**CHRISTOPHER LAJUAN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-0972077-M, F10-72780-M, F12-70385-M**

## ORDER

We **REINSTATE** the appeals.

By order entered August 30, 2018, the Court abated these appeals to allow the trial court to determine why appellant had not been given access to the clerk's record in cause no. 05-17-01430-CR. Counsel has now filed written verification that the record has been transmitted to appellant.

Appellant's pro response to the *Anders* brief shall be due on or before **October 10, 2018**.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to Ernest White, Presiding Judge, 194th Judicial District Court; Valencia Bush, counsel for appellant; and to counsel for the State.

We **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Christopher Lajuan Davis; TDCJ No. 2139704; Hutchins Unit; 1500 E. Langdon Road; Dallas, Texas 75241.

/s/     CRAIG STODDART
JUSTICE